[See Case No. 6,275.]

## Case No. 6,277.

### HAZARD v. GREEN.

Circuit Court, District of Columbia. 1847.

PATENTS—KNOWN THING—NEW PURPOSE.

The application of a known thing to a new purpose, as the use of rivets to fasten parts of a shoe instead of sewing, though such particular parts of the shoe had never before been so fastened, is not the subject of a patent.

[CRANCH, Chief Judge. Cited in Law, Dig. 488, to the point as stated above. Nowhere more fully reported; opinion not now accessible.]